■ In the Matter of ISADORE ROSEN & SONS, INC., Respondent, v. CONFORTI & EISELE, INC., Appellant.— Order, Supreme Court, New York County, entered May 19, 1972, unanimously reversed, on the law and on the facts, without costs and without disbursements, and application by petitioner, a subcontractor, for an order directing respondent, a general contractor, to serve on petitioner a verified statement pursuant to subdivisions 1 and 5 of section 76 of the Lien Law, denied, without prejudice to a renewal of the demand, and the application upon proof by proper affidavit of nonpayment for at least 30 days of a sum due and owing to petitioner under its subcontract; and cross motion granted, without costs. The service by the petitioner of its demand and this application was prematurely made; furthermore, the application was not upon affidavit of the petitioner. (See *Matter of Hansen Excavating Co.* v. *Comet Constr. Corp.,* 14 A D 2d 911; see, also, *Frontier Excavating* v. *Sovereign Constr. Co.*

*of N. J.*, 30 A D 2d 487, app. dsmd. 24 N Y 2d 991.) Inasmuch as the peti-tioner proceeded prematurely and, therefore, without standing to request an itemized statement under the statute, and under the special circumstances here, we conclude that the petitioner is not in a positon to secure affirmative relief on the basis of respondent's slight delay in moving to vacate the request. Concur — Stevens, P. J., McGivern, Markewich, Steuer and Eager, JJ.